# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Remigio Gonzalez-Olvera<br>aka Cachando<br><br>DOB:            PDID: | DOCKET NO: 05-246 | MAGIS. NO: 6 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Remigo Gonzalez-Olvera<br>aka Cachando | FILED<br>OCT 0 6 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| **WARRANT ISSUED ON**   Indictment | **DISTRICT OF ARREST** | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

(Conspiracy to Commit Offense Against the United States)
(Production of Fraudulent Documents)
(Transfer of Fraudulent Documents)
(Aiding and Abetting)

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18 U.S.C. § 371                18 U.S.C. § 1028(a)(2),(b)(1)
18 U.S.C. § 1028(a)(1),(b)(1)  18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:**<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | **DATE ISSUED:**<br>September 22, 2005 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/22/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>9-22-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN MCLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|
| DATE EXECUTED<br>10-6-05 | | |