UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   CR. NO. 05 -246 - 06  (RMC) |
| | ) |
| | ) |
| JOSE LUIS CONTRERAS-MACEDAS, et al. | ) |
| (Remegio Gonzalez-Olvera) | ) |

**ORDER**

The Court has considered defendant Gonzalez-Olvera's Motion To Dismiss and to Adopt and Join Co-Defendant Mora-Gil's Motions to Dismiss, and the entire record in this case, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this _____ day of _____, 2005.

ORDERED, that defendant Gonzalez-Olvera's Motion to Dismiss Superseding Indictment is hereby GRANTED.

SO ORDERED.

_____
ROSEMARY  M.  COLLYER
UNITED STATES DISTRICT COURT

Copies to:

Howard B. Katzoff, Esq.
601 Indiana Ave., N.W. , Suite  500
Washington, D.C.  20004

Fred Yette, Esq.
Office of the United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20001

All defense counsel of record