RECEIVED
OCT 26 2006
CHAMBERS OF
JUDGE COLLYER

United States District Court
for the District of Columbia

United State of America
vs.
Remigio Gonzalez Olvera

CR No. 05-246

**FILED**
OCT 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully, I am writing to you first of all praying that this letter will be acceptable before your honor.

The reason why I am directing this matter is because I am concearned about my sentence, I am asking you with all due respect to credit the time I served in custody of the Imigration and Naturalization Service (I.N.S.) in Piedmont, Virginia since my arrest on August 2, 2005 until October 5, 2005.

I would like to thank you in taking of your valuable time in this important matter.

May my God bless you

Respectfully Submitted,

[signature]

Let this be filed
R.M. Colly
10/26/06